UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-M-1033

**FILED**

APR 6 2011

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
)
v.                       )    ORDER
)
SHANE JIMINEZ            )

The Government's motion is hereby granted. The case is dismissed.

4-6-2011
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE